John A. Conkle (SB# 117849)
*j.conkle@conklelaw.com*
Emil Davtyan (SB# 299363)
*e.davtyan@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Defendant, DHL Global Forwarding

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SALVADOR NAVARRO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DHL GLOBAL FORWARDING, a California business, form unknown; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE No. <br><br><br> **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ §§ 1332, 1441 and 1446, Defendant Air Express International USA, Inc., d/b/a DHL Global Forwarding ("DHL") gives notice that it is removing Civil Action No. BC577056, now pending against DHL in the State of California, County of Los Angeles. The grounds for removal are as follows:

1.  On April 10, 2015, Plaintiff Salvador Navarro ("Plaintiff") filed a Complaint in the Superior Court of the State of California, County of Los Angeles, a copy of which is attached as Exhibit A.

0654.003\9999

NOTICE OF REMOVAL

2. DHL was served with the Complaint on or about July 2, 2015. A copy of the Summons is attached as Exhibit B.

3. The attached documents represent all service of process, pleadings, and other documents served upon DHL in this action as required by 28 U.S.C. § 1446(a).

4. Because this Notice of Removal is filed within thirty (30) days of service of the Complaint on DHL, it is timely under 28 U.S.C. § 1446(b).

5. Plaintiff Salvador Navarro is a resident of the State of California.

6. DHL's legal name is Air Express International USA, Inc. ("AEI"). AEI does business as DHL Global Forwarding. Air Express International USA, Inc. is a Corporation that is incorporated in the State of Ohio, with its principal place of business in the state of Florida.

7. A complaint filed in California court only requires the Plaintiff to indicate whether the Plaintiff seeks an unlimited (excess of $25,000.00) or limited ($25,000.00 or less) in damages. Plaintiff Salvador Navarro seeks unlimited damages in the present case. (Ex. A, Civil Cover Sheet).

8. District courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a). District Courts are permitted to consider whether the amount in controversy is facially apparent from the complaint. *Abrego v. Dow Chem. Co.*, 443 F.3d 676, 680 (9th Cir. 2006), quoting *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997).

9. Plaintiff's Complaint includes claims for intentional infliction of emotional distress, wrongful termination, violation of Unfair Business Practices Act, age and disability discrimination, failure to reasonably accommodate, failure to engage in the interactive process, and failure to take all reasonable steps to prevent discrimination, retaliation and violation of California Labor Code Sec. 1102.5. (Ex. A, pp 4-15).

10. Plaintiff seeks relief in the form of compensatory damages, including but not limited to, lost earnings and other benefits of employment, emotional distress, and the tripling of all actual damages pursuant to Civil Code section 52, Subdivision (a) and (h). (Ex. A, Prayer for Relief). Plaintiff also seeks relief in the form of statutory attorney's fees and pre-judgment interest. (Ex. A, Prayer for Relief).

11. California District Courts have found that a complaint asserting these types of claims and seeking this type of relief seeks damages in excess of $75,000.00. *Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029 (N.D. Cal. 2002).

12. Given the nature and number of Plaintiff's charges, and his demand for lost earnings and other benefits of employment, emotional distress damages, the tripling of all actual damages, statutory attorney's fees and pre-judgment interest, the Complaint seeks damages in excess of $75,000.00.

13. Venue for this removal action is proper before this Court pursuant to 28 U.S.C. § 1441(a) because this is the Court for the district and division embracing the place where the state court action is pending.

14. Promptly upon filing this Notice of Removal with the Court, DHL will provide written notice of this removal to Plaintiff and will also file a copy of the notice with the Clerk of the Superior Court of the State of California, County of Los Angeles.

WHEREFORE, DHL respectfully gives notice that this action is removed from the Superior Court of the State of California, County of Los Angeles to the United States District Court, Central District of California.

Dated: July 21, 2015

John A. Conkle
Emil Davtyan, members of
CONKLE, KREMER & ENGEL
Professional Law Corporation

By: _____
John A. Conkle
Attorneys for Defendant, DHL Global Forwarding