## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, California 90403-2351.

On July 21, 2015, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

| | |
|---|---|
| James A. Otto<br>Law Office Of James A. Otto<br>19536 San Jose Street<br>Northridge, CA 91326<br>Telephone: (818) 366-8432<br>Facsimile: (818) 368-7757 | Regina Ashkinadze<br>Law Offices Of Regina Ashkinadze<br>1219 Morningside Drive, Suite 128<br>Manhattan Beach, CA 90266<br>Telephone: (310) 285-8595<br>Facsimile: (310) 300-2112 |
| Attorney for Plaintiff, Salvador Navarro | Attorney for Plaintiff, Salvador Navarro |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Conkle, Kremer & Engel's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 21, 2015, at Santa Monica, California.

_____
Jaclyn Martin