**CIVIL MINUTES – GENERAL**     'O'

| | | | |
|---|---|---|---|
| Case No. | 2:15-cv-05510-CAS(Ex) | Date | May 21, 2018 |
| Title | SALVADOR NAVARRO V. DHL GLOBAL FORWARDING ET AL. | | |

Present: The Honorable    **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:     Attorneys Present for Defendant:

Not Present     Not Present

**Proceedings:**    (IN CHAMBERS) - DEFENDANT'S MOTION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL (Dkt. 126, filed April 2, 2018)

On March 13, 2018, the Court entered judgment in this case in the amount of $1,530,000, with interest accruing at the rate of 1.95 percent per annum, and with attorneys' fees and costs in a sum to be determined. Dkt. 122.

On April 2, 2018, defendant DHL Forwarding filed the above-captioned motion to stay execution of judgment pending appeal pursuant to Rule 62(d) of the Federal Rules of Civil Procedure and to approve a supersedeas bond in the amount of $1,912,500, which is 125 percent of the damages award. Dkt. 126. On April 9, 2018, plaintiff Salvador Navarro filed an opposition asserting that the proposed bond amount is insufficient to cover the entirety of the judgment, interest, and costs. Dkt. 127. In reply, defendant indicates that it is willing to increase the bond amount by the same 125 percent proportion based on the outcome of plaintiff's pending motion for attorneys' fees. Dkt. 130.

By separate order, the Court awards plaintiff reasonable attorneys' fees in the amount of $616,687.50. In addition, plaintiff has filed an application to the Clerk of Court to tax costs in the amount of $7,158.01. Dkt. 123. The Court will therefore increase the proposed bond by $779,806.89, which is 125 percent of the combined attorneys' fees award and taxable costs claimed by plaintiff.

Accordingly, defendant's motion for stay of execution of judgment pending appeal is **GRANTED**. The Court approves the supersedeas bond in the amount of $2,692,306.89.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     **'O'**

| Case No. | 2:15-cv-05510-CAS(Ex) | Date | May 21, 2018 |
|---|---|---|---|
| Title | SALVADOR NAVARRO V. DHL GLOBAL FORWARDING ET AL. | | |

Within fourteen (14) days of this Order, defendant shall post a supersedeas bond in that amount in compliance with this Court's Local Rules. Upon posting of the supersedeas bond with the Clerk of Court, all proceedings to enforce this Court's March 13, 2018 judgment shall be stayed until resolution of the pending appeal.

IT IS SO ORDERED.

                                                                                                         00 : 00

Initials of Preparer              CMJ