UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SALVADOR NAVARRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DHL GLOBAL FORWARDING, a California business, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE No. 2:15-cv-05510-CAS (Ex)<br><br>[PROPOSED] FINAL JUDGMENT PURSUANT TO STIPULATION<br><br>Hon. Christina A. Snyder, Presiding Judge<br><br>Hon. Honorable Charles F. Eick, Presiding Magistrate<br><br>Complaint filed: May 10, 2015<br>Final Pretrial Conf.: April 3, 2017<br>Trial Date: May 9, 2017 |

Pursuant to the Stipulation for Entry of Final Judgment between the parties herein, Plaintiff Salvador Navarro ("Navarro"), and Defendant DHL Global Forwarding ("DHL") hereby stipulate to this Final Judgment as follows.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. This Court has original jurisdiction over the subject matter of the Action under 28 U.S.C. § 1332(a).

2. Venue in this District is proper as to all parties under 28 U.S.C. § 1391 (b)(l) and (2).

3. Judgment is hereby entered against DHL in the amount of $1,960,000, inclusive of all attorneys' fees, costs, and expenses awarded in the Action.

4. Unless otherwise stated in this Final Judgment, Navarro and DHL shall each bear his or its own attorneys' fees, costs, and expenses incurred in the Action.

5. The supersedeas bond posted by DHL on June 4, 2018 in the amount of $2,692,306.89 shall automatically be released upon receipt of notice of entry of dismissal of Appeal No. 17-56662 currently pending in the Ninth Circuit Court of Appeals. DHL shall pay the amount of this Judgment within 30 days of entry of this Judgment, with interest at the rate of 1.95% per annum pursuant to 28 U.S.C. § 1961(a) from the date of the entry of this Judgment until paid.

6. This Final Judgment shall constitute the sole and final Judgment of all claims in the Action between Navarro and DHL. This Final Judgment supersedes any and all prior judgments in the Action between Navarro and DHL. Navarro and DHL have stipulated that each waives any right to appeal from this Final Judgment.

7. This Court retains jurisdiction over this Action to enforce this Final Judgment.

**IT IS SO ORDERED.**

Dated: October 30, 2018

Hon. Christina A. Snyder
United States District Judge